UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARYANN LAM,
    Plaintiff,

v.

CIVIL ACTION NO.
14-14179-NMG

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
    Defendant.

REPORT AND RECOMMENDATION RE:
DEFENDANT'S MOTION TO AFFIRM THE DECISION OF THE COMMISSIONER
(DOCKET ENTRY # 20); PLAINTIFF'S MOTION TO REVERSE THE DECISION
OF THE COMMISSIONER (DOCKET ENTRY # 16)

June 20, 2016

**BOWLER, U.S.M.J.**

Pending before this court are cross motions by the parties, plaintiff Maryann Lam ("plaintiff") and defendant Carolyn W. Colvin ("Commissioner"), Acting Commissioner of the Social Security Administration. (Docket Entry # 20). Plaintiff seeks to reverse the final decision of the Commissioner pursuant to 42 U.S.C. § 405(g) or remand this action to obtain vocational testimony to address the occupational effect of plaintiff's nonexertional impairments. (Docket Entry ## 16, 16-1). The Commissioner moves for an order to affirm the decision. (Docket Entry # 20). After conducting a hearing on February 2, 2016,

*Report and Recommendation accepted and adopted. /s/ NMGorton, USDJ 7/15/16*